**Order entered September 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01084-CV

**IN THE INTEREST OF N.G.G., N.M.G., AND N.G.G., CHILDREN**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-06967**

## ORDER

Before the Court is the September 23, 2016 amended motion to withdraw as counsel filed by Linda G. Sorrells, counsel for appellant Glenn Green.

The record in this case shows that on September 15, 2016, appellant filed a statement of inability to pay costs or an appeal bond. *See* TEX. R. CIV. P. 145. There is no indication the trial court has issued an order overruling appellant's claim of indigence. Accordingly, appellant may proceed without payment of costs in this court. *See* TEX. R. APP. P. 20.1(b).

We refer to the trial court the matter of (1) whether appellant's counsel should be allowed to withdraw, and (2) whether replacement counsel should be appointed. *See In Interest of P.M.*, No. 15-0171, 2016 WL 1274748, at *4 (Tex. Apr. 1, 2016).

We **ORDER** the trial court to determine whether Linda G. Sorrels should be allowed to withdraw as appellant's counsel and, if so, whether appellant is entitled to appointment of counsel due to indigence.

We **ORDER** the trial court to transmit to this Court, within **TWENTY DAYS** of the date of this order, a supplemental clerk's record containing findings regarding appellate counsel in this case.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive a supplemental clerk's record or in **TWENTY-FIVE DAYS**, whichever is earlier.

We **DIRECT** the Clerk to transmit copies of this order to the Honorable Mary Brown, Presiding Judge, 301st Judicial District Court; to Glenn Green, 205 Cimarron Trail #5, Irving, Texas 75063; and to all counsel of record.

/s/    BILL WHITEHILL
       JUSTICE